BEN NEHMADI, Appellant, v E. WILLIAM DAVIS, Respondent.

Submitted April 8, 2013; decided June 11, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATISHA BEATY, Appellant.

Submitted May 13, 2013; decided June 11, 2013

Motion for assignment of counsel granted and Harvey L. Greenberg, Esq., 232 Madison Ave., Room 909, New York, NY 10016 assigned as counsel to the appellant on the appeal herein.